# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Corbit, Frederick P. | Bankruptcy Court - WA | 05/06/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - Active | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

PO Box 2164
Spokane, WA
99210-2164

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Corbit, Frederick P.** | 05/06/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Great Northern School District - salary |
| 2. | 2020 | Pride School District - salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 05/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Loan Care, LLC | mortgage | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Corbit, Frederick P.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. NORTHWESTERN MUTUAL IRA (H) | | | | | | | | | |
| 2. Dreyfus Ins Deposit Program (DIDI) | A | Interest | J | T | | | | | |
| 3. Fidelity Advisor Health Care Fund I Class - FHCIX | C | Dividend | L | T | | | | | |
| 4. Fidelity Advisor® New Insights Fund Class I - FINSX | A | Dividend | | | Sold | 07/28/20 | K | | |
| 5. FMI International Fund Institutional Class - FMIYX | | None | K | T | | | | | |
| 6. JPMorgan Emerging markets equity Fund class I - JEMSX | | None | L | T | Buy | 12/30/20 | L | | |
| 7. MFS Value Fund Class I – MEIIX | D | Dividend | K | T | | | | | |
| 8. MFS International Grwoth Fund Class I - MQGIX | A | Dividend | L | T | | | | | |
| 9. Pioneer Multi-Asset Ultrashort Income Fund Class - MYFRX | B | Dividend | L | T | | | | | |
| 10. Invesco Oppenheimer Developing Markets Fund Class Y ODVYX | A | Dividend | | | Sold | 12/30/20 | L | | |
| 11. PIMCO StocksPLUS® Small Fund Class I-2 - PCKPX | A | Dividend | K | T | | | | | |
| 12. PGIM Short-Term Corporate Bond Fund- Class Z -PIFZX | D | Dividend | M | T | | | | | |
| 13. PIMCO Low Duration Fund Class I-2 - PLDPX | B | Dividend | L | T | | | | | |
| 14. PIMCO Income Fund Class I-2 - PONPX | D | Dividend | M | T | | | | | |
| 15. PIMCO StocksPLUS® Absolute Return Fund Class I-2 -PTOPX | C | Dividend | M | T | | | | | |
| 16. Russell Investments Strategic Bond Fund Class S - RFCTX | D | Dividend | L | T | | | | | |
| 17. Russell Investments Opportunistic Credit Fund Class S - RGCSX | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Russell Investments Global Infrastructure Fund Class S - RGISX | B | Dividend | K | T | | | | | |
| 19. | Russell Investments Global Real Estate Securities Fund Class S - RRESX | A | Dividend | K | T | | | | | |
| 20. | T. Rowe Price Blue Chip Growth Fund- TRCBX | A | Dividend | K | T | Buy | 07/28/20 | K | | |
| 21. | Vanguard 500 Index Fund Admiral Shares- VFIAX | A | Dividend | L | T | | | | | |
| 22. | Vanguard Mid-Cap Index Fund Admiral Shares - VIMAX | A | Dividend | K | T | | | | | |
| 23. | Vanguard Small-Cap Index Fund Admiral Shares - VSMAX | A | Dividend | K | T | | | | | |
| 24. | NORTHWESTERN MUTUAL IRA*(L) | | | | | | | | | |
| 25. | Dreyfus Ins Deposit Program (DIDI) | A | Interest | J | T | | | | | |
| 26. | FIDELITY ADVISOR (FOCUS) HEALTH CARE FUND CLASS I 55.6150 - FHCIX | A | Dividend | J | T | | | | | |
| 27. | FIDELITY ADVISOR NEWINSIGHTS FUND CLASS I 137.7710 – FINSX | A | Dividend | J | T | Sold (part) | 07/28/20 | J | | |
| 28. | FMI INTERNATIONAL FUND INSTITUTIONAL CLASS 119.6580 - FMIYX | | None | J | T | | | | | |
| 29. | JPMorgan Emerging Markets Equity Fund Class I - JEMSX | | None | J | T | Buy | 12/30/20 | J | | |
| 30. | MFS VALUE FUND CLASS I 106.2280 - MEIIX | A | Dividend | J | T | | | | | |
| 31. | MFS INTERNATIONAL GROWTH FUND CLASS I 103.8540 - MQGIX | A | Dividend | J | T | | | | | |
| 32. | INVESCO OPPENHEIMER DEVELOPING MARKETS FUND CLASS Y 104.6300 - ODVYX | A | Dividend | J | T | Sold (part) | 12/30/20 | J | | |
| 33. | PIMCO STOCKPLUS SMALL FUND CLASS I-2234.7130 – PCKPX | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. | PGIM SHORT-TERM CORPORATE BOND FUND CLASS Z - PIFZX | A | Dividend | J | T | | | | | |
| 35. | PIMCO INCOME FUND CLASS I-2 652.4040 - PONPX | A | Dividend | J | T | | | | | |
| 36. | PIMCO STOCKSPLUS ABSOLUTE RETURN FD CLASS I-2 - PTOPX | A | Dividend | J | T | | | | | |
| 37. | RUSSELL STRATEGIC BOND FUND CLASS S - RFCTX | A | Dividend | J | T | | | | | |
| 38. | RUSSELL GLOBAL INFRASTRUCTURE FUND CLASS S - RGISX | A | Dividend | J | T | Sold (part) | 10/21/20 | J | | |
| 39. | RUSSELL GLOBAL REAL ESTATE SECURITIES FUND CLASS S - RRESX | A | Dividend | J | T | | | | | |
| 40. | TRBCX - T. Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | Buy | 07/28/20 | J | | |
| 41. | | | | | | Sold (part) | 10/21/20 | J | | |
| 42. | VANGUARD 500 INDEX FUND ADMIRAL SHARES - VFIAX | A | Dividend | J | T | | | | | |
| 43. | VANGUARD MID-CAP INDEX FUND ADMIRAL SHARES - VIMAX | A | Dividend | J | T | | | | | |
| 44. | NORTHWESTERN MUTUAL INHERITED IRA (E) | | | | | | | | | |
| 45. | Dreyfus Ins Deposit Program (DIDI) | A | Interest | K | T | | | | | |
| 46. | AB LARGE CAP GROWTH FUND ADVISOR CLASS 5 - APGYX | A | Dividend | J | T | | | | | |
| 47. | CALAMOS MARKET NEUTRAL INCOME FUND CLASS I - CMNIX | A | Dividend | | | Sold | 01/02/20 | J | | |
| 48. | WELLS FARGO DIVERSIFIED CAPITAL BUILDER FD INSTL – EKBYX | A | Dividend | J | T | | | | | |
| 49. | JOHN HANCOCK INTERNATIONAL GROWTH FUND CLASS I - GOGIX | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 50. GOLDMAN SACHS GLOBAL INCOME FUND INSTITUTIONAL CLASS - GSGLX | A | Dividend | J | T | | | | | |
| 51. INVESCO DIVIDEND INCOME FUND CLASS Y - IAUYX | A | Dividend | J | T | | | | | |
| 52. IVY EMERGING MARKETS EQUITY FUND CLASS I – IPOIX | A | Dividend | J | T | | | | | |
| 53. PIONEER MULTI-ASSET ULTRASHORT INCOME FUND CLASS Y – MYFRX | A | Dividend | J | T | | | | | |
| 54. PIMCO INCOME FUND INSTITUTIONAL CLASS – PIMIX | A | Dividend | J | T | | | | | |
| 55. FEDERATED STRATEGIC VALUE DIVIDEND FUND CL IS – SVAIX | A | Dividend | J | T | | | | | |
| 56. NORTHWESTERN MUTUAL INDIVIDUAL ADVISORY (A) | | | | | | | | | |
| 57. AB Large Cap Growth Fund Advisor Class -APGYX | A | Dividend | J | T | | | | | |
| 58. Fidelity Advisor® Health Care Fund I Class FHCIX | A | Dividend | J | T | | | | | |
| 59. FMI International Fund Institutional Class FMIYX | | None | | | Sold | 07/24/20 | J | | |
| 60. JPMorgan Emerging Markets Equity Fund Class I- JEMSX | | None | J | T | Buy | 12/30/20 | J | | |
| 61. MFS Value Fund Class I - MEIIX | A | Dividend | J | T | | | | | |
| 62. MFS International Growth Fund Class I MQGIX | A | Dividend | K | T | | | | | |
| 63. Invesco Oppenheimer Developing Markets Fund Class Y ODVYX | A | Dividend | J | T | | | | | |
| 64. Vanguard 500 Index Fund Admiral Shares-VFIAX | A | Dividend | K | T | | | | | |
| 65. Vanguard Mid-Cap Index Fund Admiral Shares - VIMAX | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. Vanguard Small-Cap Index Fund Admiral Shares - VSMAX | A | Dividend | J | T | | | | | |
| 67. NORTHWESTERN MUTUAL BROKERAGE (O) | | | | | | | | | |
| 68. Cashmere Valley Bank Wash New (CSHX) | E | Int./Div. | O | T | | | | | |
| 69. AXA Cust Rollover | | | | | | | | | |
| 70. Vanguard Total Bond Market ETF - BND | A | Dividend | K | T | Buy (add'l) | 11/02/20 | J | | |
| 71. | | | | | Buy (add'l) | 12/21/20 | J | | |
| 72. ISHARES TR/JPMORGAN USD EMERGI - EMB | A | Dividend | J | T | Buy (add'l) | 11/19/20 | J | | |
| 73. ISHARES TR/CORE MSCI EAFE ETF- IEFA | A | Dividend | J | T | Buy (add'l) | 11/02/20 | J | | |
| 74. | | | | | Buy (add'l) | 11/19/20 | J | | |
| 75. ISHARES INC/CORE MSCI EMERGING - IEMG | A | Dividend | J | T | Buy (add'l) | 11/19/20 | J | | |
| 76. iShares Core S&P Mid Cap ETF - IJH | A | Dividend | J | T | | | | | |
| 77. iShares Russell 3000 Growth Index - IUSG | A | Dividend | J | T | Sold (part) | 11/02/20 | J | | |
| 78. iShares Russell 3000 Value Index - IUSV | A | Dividend | J | T | Buy (add'l) | 11/02/20 | J | | |
| 79. | | | | | Sold (part) | 11/19/20 | J | | |
| 80. iShares Russell 2000 Index - IWM | A | Dividend | J | T | Buy (add'l) | 11/19/20 | J | | |
| 81. ISHARES TR/EDGE MSCI USA QLTY - QUAL | A | Dividend | J | T | | | | | |
| 82. iShares Barclays TIPS Bond Fund - TIP | A | Dividend | | | Sold | 09/19/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Corbit, Frederick P.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 83. | ISHARES TR/BROAD USD HIGH YIEL - USHY | A | Dividend | J | T | Buy<br>(add'l) | 11/12/20 | J | | |
| 84. | ISHARES TR/MSCI USA MIN VOLATI - USMV | A | Dividend | | | Sold | 11/19/20 | J | | |
| 85. | VANGUARD SCOTTS/VANGUARD INTERMEDIA - VCIT | A | Dividend | J | T | | | | | |
| 86. | VANGUARD IX FUN/VANGUARD TOTAL STK - VTI | A | Dividend | | | Sold | 11/19/20 | J | | |
| 87. | OTHER ACCOUNTS | | | | | | | | | |
| 88. | Northwestern Mutual Whole Life Insurance Policy | | None | K | T | | | | | |
| 89. | Northwestern Mutual Whole Life Insurnace Policy | | None | K | T | | | | | |
| 90. | Bank of America accounts | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Corbit, Frederick P.** | 05/06/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frederick P. Corbit**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544